3455.   GUTHRIE *et al.* v. THE STATE.

POWELL, J.   1. The evidence is sufficient not only to support a finding that the defendants were guilty of a riot, generally speaking, but also that they committed it in the particular manner and with the particular intent set forth in the accusation.

2. The requests to charge, so far as legal and pertinent, were fairly covered in the general charge to the jury.

3. No material error appears.

*Judgment affirmed.*

DECIDED AUGUST 4, 1911.

Accusation of riot; from city court of Nashville—Judge Cranford. April 28, 1911.

*J. P. Knight, W. G. Harrison, W. C. Lankford,* for plaintiffs in error.

*J. H. Gary, solicitor, Hendricks & Christian,* contra.